IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50886
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS ALBERTO GARCIA-MEJIA, also known as Jesus Garcia,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-99-CR-425-ALL-DB
--------------------
February 16, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Jesus
Alberto Garcia-Mejia has moved to withdraw and has filed a brief
as required by Anders v. California, 386 U.S. 738 (1967).
Garcia-Mejia has filed a response in which he moves for
appointment of new counsel.  Our independent review of the brief
and the record discloses no nonfrivolous issue for appeal.
Accordingly, counsel's motion for leave to withdraw is GRANTED,

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  Garcia-Mejia's motion for appointment of new counsel is DENIED.

MOTION TO WITHDRAW AS COUNSEL GRANTED; APPEAL DISMISSED; MOTION FOR APPOINTMENT OF NEW COUNSEL DENIED.